THIS OPINION HAS NO
 PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Kenwood Bright, Appellant.
 
 
 

Appeal from Marlboro County
William H. Seals, Jr., Circuit Court Judge

Unpublished Opinion No. 2012-UP-288
 Submitted April 2, 2012 - Filed May 9,
2012 

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, and Kenwood Bright, pro se, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Deputy Attorney General Donald J. Zelenka, all of
 Columbia; and Solicitor William B. Rogers, Jr., of Bennettsville, for
 Respondent.
 
 
 

PER CURIAM: Kenwood
 Bright appeals his conviction of murder, arguing the trial
 court erred in allowing the State to argue the principle of flight during
 closing arguments because Bright was unaware at the time he left the scene of
 the incident that the victim had died from his wounds. Additionally, Bright filed a pro se brief. After a thorough review of the record and all briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED. 
FEW, C.J., and HUFF and
 SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.